UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-19-CV-1464 |
| | ) |
| $5,000.00, MORE OR LESS, IN UNITED STATES CURRENCY, | ) |
| | ) |
| Respondent. | ) |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE UNITED STATES MARSHALS SERVICE, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on December __18__, 2019, against the following properties:

- **$5,000.00, More or Less, in United States Currency**,

hereinafter referred to as the "Respondent Currency," alleging that the Respondent Currency is subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6) for violations of Title 21 U.S.C. §§ 801, *et. seq.*; and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive possession of Respondent Currency as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Currency is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Currency

in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Currency and to make a return as provided by law.

SIGNED this _____ day of _____, 2019.

> JEANNETTE CLACK
> United States District Clerk
> Western District of Texas

By: _____
   Deputy